US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 28 2011

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**DAVID STEBBINS** **PLAINTIFF**

vs. Civ. No. 11-3025

**NET-ARB, INC.** **DEFENDANTS**

## MOTION TO CONFIRM ARBITRATION AWARD

Comes now David Stebbins, who respectfully submits the following motion to confirm an arbitration award against the party of net-ARB, Inc., an online arbitration firm that provides arbitration services for only $299. The company is owned by Marty Lavine, and has the below address:

3560 EAGLEROCK DRIVE
ATLANTA GA 30340

On the date of March 21, 2011, I sent an email to the Defendants, using their company email address, support@net-arb.com. This email contained a counter-offer to their current terms. It stated that I was going to file a case with them, soon, and they accept the counter-offer if they cancel the registration, but tell me about it. To reject the contract, they must cancel the registration, but NOT tell me about it.

This counter-offer states, among other things, the following:

1. We must submit all legal disputes that ever arise between us – even those not related to this contract – to binding arbitration, using the American Arbitration Association. The award may be entered in the United States District Court for the Western District of Arkansas.

2. If they does not accept my invitation to arbitrate within 24 hours of receiving it, I automatically win, regardless of the merits of the case.

On the date of March 24, 2011, I attempted to file a case against somebody, using Net-ARB, Inc.  Net-ARB, Inc. canceled the registration, and informed me about it.

I subsequently sent them a Submission to Arbitration form, for the American Arbitration Association, and instructed them to print it out, sign it, scan that, and email it back to me.  They did not do so in the time allotted.  Now, per the forfeit victory clause, I automatically win.

Wherefore, I respectfully pray that you confirm the award, which granted equitable relief, ordering them to reinstate me into their clientele, immediately, award costs incurred, and other relief that the court finds appropriate.

It is so requested, on this 26th day of March, 2011.

Also, as you can see, I am applying for leave to proceed in forma pauperis.  If this application is granted, please instruct the U.S. Marshal to execute service of summons for me.

David Stebbins
1407 N Spring Rd, APT #5
Harrison, AR 72601
Phone: 870-204-6024