

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 18 2011
CHRIS R. JOHNSON, CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS             PLAINTIFF

vs.             Civ. No. 11-3025

NET-ARB, INC.             DEFENDANTS

## OJBECTION TO RECOMMENDATION

Comes now Plaintiff David Stebbins, who respectfully submits the following objection to the report and recommendation signed by the Honorable James Marschewski, where he recommended that my petition to proceed in forma pauperis should not be granted.

His rationale in making this recommendation is that the court lacks jurisdiction to hear this complaint. I beg to differ. He mistakenly argued that I was arguing that the federal courts had diversity jurisdiction. To the contrary, the federal courts have jurisdiction on the grounds that it asks a federal question. Specifically, I am referring to the Federal Arbitration Act.

For the Federal Arbitration Act, as opposed to the Uniform Arbitration Act, to control in an arbitration issue, the contract must evidence a transaction involving interstate or international commerce. See 9 U.S.C. § 2. Notice how that section does not state any kind of minimum damages requirement. So long as the arbitration agreement evidences a transaction involving commerce (even if the parties themselves are citizens of the same state), the Federal Arbitration Agreement holds, and, therefore, the federal courts have jurisdiction to hear this case.

Therefore, the Honorable Marschewski's recommendation that my petition for leave to proceed in forma pauperis should be denied should be disregarded, and my petition should be granted.

Wherefore, I respectfully pray that you grant my petition for leave to proceed in forma

pauperis, have the U.S. Marshal execute the Service of Summons (see Fed. R. Civ. P. Rule 4(c)(3)), and other relief that the court finds appropriate.

It is so requested on this 15th day of April, 2011.

*/s/ David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024